UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARIUS HARRISON,

                Petitioner,

    - against -

JOSEPH T. SMITH,

               Respondent.

05 Civ. 5953 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the petitioner and has previously extended the petitioner's time to reply to **June 7, 2010**.

SO ORDERED.

Dated:    New York, New York
            May 14, 2010

                                       John G. Koeltl
                                United States District Judge

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/17/10

To: United States District Court
Judge John G. Koeltl
United States Courthouse
500 Pearl St.
N.Y., N.Y. 10007

5-8-10

From: D. Harrison #00A2169
354 Hunter St.
Ossining, N.Y. 10562

RE: Darius Harrison v. Joseph T. Smith
05 Civ. 5953 (JGK)

Dear Judge Koeltl;

We've been released, from the facility lockdown, I should be able to return back to the Law Library Monday the 4th, it's going to still take Somedays for the Call-out System to get back on track. Friday I spoke with Dep. of programs, about my last letter to her pertaining to my extention, which I still have not recieved a response to. I recieve mail from the Courts quicker then I do inside Correspondence. I'm Just tryiny to give you understandy to Some of the headaches, inorder to get to the Law Library. I humbly request that you grant me an Extention till the 31st of May to Complete and Submit my motion.

I Thank you in advance for your patience in this matter.

CC: File

Sincerely
D. Harrison